NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARY BLEVINS,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7089

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-353, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Mary Blevins submitted her informal brief to this court on June 3, 2013.

The court notes that this appeal was dismissed on May 30, 2013, for failure to file a brief. We treat Ms. Blevins' informal brief as a motion to reinstate the appeal.

Upon consideration thereof,

MARY BLEVINS v. SHINSEKI                                           2

IT IS ORDERED THAT:

(1)  The motion to reinstate the appeal is granted.

(2)  The mandate is recalled, the court's dismissal order is vacated, and the appeal is reinstated.

(3)  Ms. Blevins' informal brief is accepted for filing. The Secretary should calculate the due date for his brief from the date of filing of this order.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s21